```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION

PAMELA EDDINS, et al.,         }
                               }
     Plaintiff,                }
                               }      CIVIL ACTION NO.
v.                             }      06-AR-0662-S
                               }
THE LAW CENTER, a/k/a ACCOUNT  }
MANAGEMENT SERVICES, a/k/a     }
THE GIOVE LAW OFFICE, P.C.,    }
et al.,                        }
                               }
     Defendants.               }
```

**<u>MEMORANDUM OPINION</u>**

The court has before it two motions involving the viability of the above-entitled action brought by Pamela Eddins and Don Eddins against several defendants, including movant, an entity entitled The Giove Law Office, P.C. ("Giove"). The first motion by Giove, filed on May 1, 2006, is called a motion to dismiss, but it is necessarily treated as a motion for summary judgement because it is supported by an affidavit, which, if the facts stated therein are true, eliminates plaintiffs' claim as against said defendant. The other motion by Giove, filed on May 9, 2006, seeks the striking of the affidavit of Penny Hays Cauley, attorney for plaintiffs, submitted by plaintiffs in support of their request for discovery pursuant to Rule 56(f) to establish a basis for pursuing Giove. Rather than to subject Giove to discovery respecting its connection, if any, with any other defendant, or its connection with the transaction made the

subject of the complaint, the court will grant Giove's Rule 56 motion without prejudice.  No reason or factual basis has been presented for discovery.

This leaves the court faced with an enigma.  Whether any suable entity known as "The Law Center" and/or "Account Management Services" has been properly served is an unanswered question.

DONE this 22nd day of May, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE